1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

NORTHWEST ADMINISTRATORS INC.,     CASE NO. MC24-0037-KKE

9
                        Plaintiff(s),     MINUTE ORDER
            v.

10

11

PACIFIC SHIP REPAIR AND
FABRICATION INC.,

12
                        Defendant(s),

13
            v.

14

BANNER BANK,
                        Garnishee-Defendant.

15

16        The following Minute Order is made by direction of the Court, the Honorable Kymberly

17   K. Evanson, United States District Judge:

18        This case has been inactive since July 2024.  No later than January 10, 2025, the parties

19   may file an update on the status of this case, or else the case will be closed for statistical purposes.

20        Dated this 19th day of December, 2024.

                                             Ravi Subramanian
21                                           Clerk

22                                           /s/ Serge Bodnarchuk
                                             Deputy Clerk

23

24

MINUTE ORDER - 1