UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS INC.,

                    Plaintiff(s),

     v.

PACIFIC SHIP REPAIR AND
FABRICATION INC.,

                   Defendant(s),

     v.

BANNER BANK,
            Garnishee-Defendant.

CASE NO. MC24-0037-KKE

ORDER OF DISMISSAL

     Plaintiff has notified the Court of its intent to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) & (B).  Dkt. No. 7.  Accordingly, this matter is DISMISSED without prejudice and the clerk is directed to administratively close this case.

     Dated this 20th day of December, 2024.

Kymberly K. Evanson
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24